# EXHIBIT A

OFFICIAL SEAL
Michele E. Stine
Emmet Register of Deeds
07/13/2005 04:35P
**L-1067 P-660**

# EASEMENT FOR NON-MOTORIZED TRAIL

Arrowhead Shores Condominium Association, a Michigan nonprofit corporation, and the co-owners of Arrowhead Shores Condominium Association (collectively "Grantor"), of Arrowhead Shores Drive, Petoskey, Michigan 49770, grant to the City of Petoskey, a Michigan municipal corporation, of 101 East Lake Street, Petoskey, Michigan 49770 ("Grantee"), an easement for use as a non-motorized trail, pursuant to the following terms and conditions:

**Grant and Purpose.** Grantor grants to Grantee an Easement for the purposes of developing and maintaining a non-motorized trail for public use, including the right to construct such non-motorized trail, together with all necessary accessory facilities, including, but not limited to, landscaping, lighting, paving, and signage, and Grantee shall further enjoy the right to excavate, install, repair, and maintain all facilities placed in, upon, over, and/or across property located in the Township of Resort, County of Emmet, State of Michigan, and more particularly described in the attached Exhibit A (the "Easement Area"), together with the grant of attendant grading easements described on the attached hereto as Exhibit C, and as depicted on the attached Exhibit B. Grantor further grants to Grantee, and not for public use, an easement over, upon, and within the private road commonly known as Arrowhead Shores Drive for purposes of ingress and egress and to enforce and prosecute the City of Petoskey Code of Ordinances for violations of Trespass by trail-users that arise out of this Grant of Easement.

**Ingress and Egress.** Grantee, and not trail-users, shall possess such rights of ingress and egress over Grantor's property as are necessary for all purposes incident to the installation, maintenance, and repair of said non-motorized trail, and Grantee shall give Grantor reasonable notice of entry, except in the case of an emergency.

**Interference with Property.** Grantee's development, maintenance, and use of the Easement Area shall not interfere with Grantor's normal use of its property.

**Indemnification.** Grantee shall indemnify, hold harmless, and defend Grantor from and against all claims for injury or death to person, or claims for damage to property, arising from this grant of easement, and Grantee shall name Grantor as an additional insured on its policy of public liability insurance.

**Structures/barriers.** No structure or other barrier shall be constructed or maintained anywhere upon or within the Easement Area without the written consent of Grantee. However, such consent shall not be unreasonably withheld. Nonuse or limited use of the Easement Area by Grantee shall not prevent Grantee from later making use of the Easement Area to the fullest extent herein authorized. However, in the event that Grantee abandons use or terminates use of the Easement Area for the purposes herein stated, then this Easement shall extinguish.

**Motorized vehicles prohibited.** Motorized vehicles, including but not limited to automobiles, electric cars, motorcycles, all-terrain vehicles, and snowmobiles, shall be prohibited in, upon, over, or across the Easement Area, excepting only maintenance-related-work or public-safety-assistance vehicles operated or contracted by Grantee.

Bridget Brown Power
618 Howard St
Petoskey, MI 49770

L-1067 P-660
07/13/2005 04:35P
Page: 1 of 9
Emmet County, Michigan    E.    38.00    5019734

Easement for Non-Motorized Trail
July 7, 2005
Page 2

**Engineering Plans.** Grantee shall provide all Preliminary and final trail engineering plans that it obtains to Grantor, prior to the final engineering and construction of the trail. To the extent possible, and as mutually agreed upon by Grantor and Grantee, engineering plans will utilize barriers, berms, natural plantings, fencing, and similar embellishments to enhance safety, security, privacy, and screening for Grantor along the Easement Area.

**Signs.** Signs that are mutually agreeable to Grantor and Grantee shall be placed along the trail, for the purposes of influencing and directing trail-user behavior. Grantee shall also place a sign that is mutually acceptable to Grantor, within Arrowhead Shores Drive, just south of the cul-de-sac, that displays a message that said Drive is private. Said signs are described and depicted on the attached Exhibit B.

**Erosion-Prevention measures.** If engineering plans for the trail identify potential erosion sites within the Easement Area, preventative-erosion-control measures shall be taken by Grantee, as it deems appropriate. However, in the event that Grantee would need to enter upon Grantor's property to effectuate these control measures, Grantee must first obtain Grantor's permission.

**Placement of Trail.** Grantee shall construct the traveled portion of the non-motorized trail, as depicted on the attached Exhibit B.

**Elimination of Water.** The trail shall be constructed and maintained in a manner that eliminates standing water within the Easement Area and upon Grantor's property.

**Trees.** Grantee shall only remove trees that are necessary to construct and maintain the trail with Grantor's approval. To the extent that trees may be replaced after construction of the trail, then Grantee shall replace said trees. In addition, Grantee shall remove the existing trees located within the median of the cul-de-sac and replace same with landscape trees on either side of the trail, as depicted on the attached Exhibit B.

**Cul-De-Sac.** The trail shall be constructed through the center of the cul-de-sac as is practical with tip-up asphalt curb, as depicted on the attached Exhibit B.

**Gates.** Grantee shall have gates installed within the Easement Area that are mutually acceptable to Grantor and Grantee.

**Monetary Responsibilities.** Neither Grantor, nor any of its co-owners, shall incur any monetary expenses for the construction and/or maintenance of the trail.

**Sound and Visual Barriers.** Grantee shall provide fencing or landscaping along the Southern boundary of the trail, to buffer trail noise.

**Screen and Berm.** Grantee shall screen along the northerly boundary of the Easement Area and install a berm on that portion of the Trail as depicted on the attached Exhibit B.

**Storm Outlet.** Grantee shall replace the existing storm outlet to the high watermark of Lake Michigan, as depicted on the attached Exhibit B.

**Maintenance.** Grantee shall maintain and repair the trail, including mowing, sweeping, maintaining signage, and removing debris, as needed to keep the Easement Area safe and passable.



L-1067 P-660
07/13/2005 04:35P
Page: 2 of 9
Emmet County, Michigan   E.   38.00  5019734

Easement for Non-Motorized Trail
July 7, 2005
Page 3

**Dog control.** For purposes of this Easement, provisions of Grantee's Dog-Control Ordinance, shall apply to all trail-users and may be enforced by Grantee, as if said provisions were made a part hereof.

**Non-exclusive Easement.** This Easement is non-exclusive. At anytime, and from time to time, Grantor may grant to any other party, or reserve unto itself, easements over, across, under, or within the Easement Area; provided, however, that such easement(s) shall not unreasonably interfere with the use of the trail.

**Use of Trail.** The Trail shall be used solely by the public for the purpose of non-motorized passage over the trail. "Non-motorized Passage" includes, but is not limited to, walking, roller-skating, roller-blading, skateboarding, bicycling, skiing, snowshoeing; use of stroller, wagon, tricycle, non-motorized skooter, sled, toboggan. EXCEPTION: A motorized, single-occupant wheelchair may be used.

**Trespass.** Any person entering or leaving the Easement Area from Grantor's property without the consent of Grantor may be subject to a claim of trespass by Grantor.

**Enforcement of City Code.** Grantee may enforce the City of Petoskey Code of Ordinances within the Easement Area and upon, over, and within Arrowhead Shores Drive.

**Effective Date.** This Easement shall be effective upon the execution of easements for bike trail purposes over, across, and upon those properties lying East of Grantor's Property to the City of Petoskey's Magnus Park.

**Binding.** This Easement is an easement in gross for the use and benefit of the public and runs with the land and shall be binding upon and inure to the benefit of the parties hereto, their successors, heirs, and assigns.

This Grant of Easement is executed on the 7ᵗʰ day of July, 2005.

GRANTOR:

Witnesses:

ARROWHEAD SHORES ASSOCIATION,
a _____

By: _____
    DWAYNE M. GRIFFIN
Its  President

State of Michigan    )
                     ) ss.
County of Emmet      )

The foregoing instrument was acknowledged before me this 7ᵗʰ day of July, 2005, by Dwayne Griffin, President, Arrowhead Shores Association, a _____.

CHERYL FITZGERALD
Notary Public, Emmet Co., MI
My Comm. Expires Oct. 16, 2007

_____
CHERYL FITZGERALD  Notary Public
Emmet County, Michigan
My commission expires: 10-16-07

L-1067 P-660
07/13/2005 04:35P
Page: 3 of 9
Emmet County, Michigan   E.   38.00   5019734

Easement for Non-Motorized Trail
July 7, 2005
Page 4

Witnesses:

By: _____
DWAYNE M. GRIFFIN, co-owner

State of Michigan  )
                   ) ss.
County of Emmet    )

The foregoing instrument was acknowledged before me this 7th day of July, 2005, by Dwayne M. Griffin.

CHERYL FITZGERALD
Notary Public, Emmet Co., MI
My Comm. Expires Oct. 16, 2007

_____
CHERYL FITZGERALD, Notary Public
Emmet County, Michigan
My commission expires: 10-16-07

Witnesses:

By: _____
CAROLE M. GRIFFIN, co-owner

State of Michigan  )
                   ) ss.
County of Emmet    )

The foregoing instrument was acknowledged before me this 7th day of July, 2005, by Carole M. Griffin.

CHERYL FITZGERALD
Notary Public, Emmet Co., MI
My Comm. Expires Oct. 16, 2007

_____
CHERYL FITZGERALD, Notary Public
Emmet County, Michigan
My commission expires: 10-16-07



L-1067 P-660
07/13/2005 04:35P
Page: 4 of 9
Emmet County, Michigan   E.   38.00   5019734



Easement for Non-Motorized Trail
July 7, 2005
Page 5

Witnesses:

_Cheryl Fitzgerald_   By: _Barbara Shawn_
                          ,co-owner
_Joyce A. Burns_

State of Michigan    )
                     ) ss.
County of Emmet      )

The foregoing instrument was acknowledged before me this 12th day of July, 2005, by _Barbara Shawn_.

CHERYL FITZGERALD
Notary Public, Emmet Co., MI
Comm. Expires Oct. 16, 2007

_Cheryl Fitzgerald_
CHERYL FITZGERALD   Notary Public
Emmet County, Michigan
My commission expires: 10-16-07

Witnesses:

_____   By: _____
                               ,co-owner

_____

State of Michigan    )
                     ) ss.
County of Emmet      )

The foregoing instrument was acknowledged before me this ____ day of _____, 2005, by _____.

_____
_____ Notary Public
Emmet County, Michigan
My commission expires: _____



L-1067 P-660
07/13/2005 04:35P
Page: 5 of 9
Emmet County, Michigan   E.   38.00   5019734

Exhibit A

Boundary Description of Use Easement
across Arrowhead Shores Condominium

May 6, 2005

In Resort Township, Emmet County, Michigan, part of Government Lot 1, Section 2, Township 34 North, Range 6 West;

A parcel of land running in, over, and across Arrowhead Shores Condominium, said Condominium described in the Property Description and on the Site and Utility Plan, being pages numbered 1 and 3 of Replat No. 1 of Emmet County Condominium Subdivision Plan No. 82, recorded in Liber 0455 at Pages 372 and 373 of Emmet County records, said use easement parcel being described as;

Commencing at the southeasterly corner of said Arrowhead Shores Condominium; thence along the easterly condominium line, being also the east line of said Section 2, North 01° 02' 54" East 403.91 feet to a point on the easterly line of said Arrowhead Shores Condominium, being the **Point of Beginning** of this description; thence North 69° 12' 30" West 402.59 feet; thence North 76° 43' 26" West 288.07 feet; thence North 88° 37' 10" West 139.95 feet to the westerly line of said Arrowhead Shores Condominium; thence along said westerly condominium line, North 00° 55' 00" East 20.00 feet; thence South 88° 37' 10" East 142.20 feet; thence South 76° 43' 26" East 186.82 feet; thence North 13° 16' 34" East 20.00 feet; thence South 76° 43' 26" East 95.00 feet; thence South 01° 16' 34" West 20.45 feet; thence South 76° 43' 26" East 5.56 feet; thence South 69° 12' 30" East 396.73 feet, returning to the easterly line of said Arrowhead Shores Condominium; thence along said easterly condominium line, South 01° 02' 54" West 21.25 feet to the **Point of Beginning**.

Use Easement description is based on dimensions recorded on page number 3 of Replat No.1 of Emmet County Condominium Subdivision Plan No. 82, in Liber 0455 at page 373 of Emmet County records..

Subject to easements of record, if any.

Description prepared by

James E. Evans
Professional Surveyor #22431

Advanced Geomatics
217 Bridge Street
Charlevoix, Mich. 49720

L-1067 P-660
07/13/2005 04:35P
Page: 6 of 9
Emmet County, Michigan   E.   38.00   5019734

C:\WPDOCS\Use Easement Description .doc



Exhibit C

Boundary Description of Grading Easement Number 1           May 6, 2005
across part of Arrowhead Shores Condominium

In Resort Township, Emmet County, Michigan, part of Government Lot 1, Section 2, Township 34 North, Range 6 West;

A parcel of land running in, over, and across Arrowhead Shores Condominium, said Condominium described in the Property Description and on the Site and Utility Plan, being pages numbered 1 and 3 of Replat No. 1 of Emmet County Condominium Subdivision Plan No. 82, recorded in Liber 0455 at Pages 372 and 373 of Emmet County records, said grading easement parcel being described as;

Commencing at the southeasterly corner of said Arrowhead Shores Condominium; thence along the easterly condominium line, being also the east line of said Section 2, North 01° 02' 54" East 425.16 feet to a point on the easterly line of said Arrowhead Shores Condominium, being the **Point of Beginning** of this description; thence North 69° 12' 30" West 396.73 feet; thence North 76° 43' 26" West 5.56 feet; thence North 01° 16' 34" East 20.49 feet; thence North 76° 43' 26" West 95.01 feet; thence North 13° 16' 34" East 144.29 feet to the shoreline of Lake Michigan; thence along said shoreline, South 40° 58' 31" East 93.33 feet; thence South 55° 19' 20" East 171.90 feet; thence South 69° 38' 16" East 249.30 feet, returning to the Easterly line of said Arrowhead Shores Condominium; thence leaving said shoreline, along said easterly condominium line, South 01° 02' 54" West 69.75 feet to the **Point of Beginning**.

Grading Easement description is based on dimensions recorded on page number 3 of Replat No.1 of Emmet County Condominium Subdivision Plan No. 82, in Liber 0455 at page 373 of Emmet County records.

Subject to easements of record, if any.

Description prepared by

James E. Evans
Professional Surveyor #22431

Advanced Geomatics
217 Bridge Street
Charlevoix, Mich. 49720

[Seal: STATE OF MICHIGAN / JAMES E. EVANS / LAND SURVEYOR / NO. 22431 / REGISTERED LAND SURVEYOR]

L-1067 P-660
07/13/2005 04:35P
Page: 8 of 9
Emmet County, Michigan   E.   38.00   5019734

C:\WPDOCS\Grading Easement Description.doc

Exhibit C

Boundary Description of Grading Easement Number 2          May 6, 2005
across part of Arrowhead Shores Condominium

In Resort Township, Emmet County, Michigan, part of Government Lot 1, Section 2, Township 34 North, Range 6 West;

A parcel of land running in, over, and across Arrowhead Shores Condominium, said Condominium described in the Property Description and on the Site and Utility Plan, being pages numbered 1 and 3 of Replat No. 1 of Emmet County Condominium Subdivision Plan No. 82, recorded in Liber 0455 at Pages 372 and 373 of Emmet County records, said grading easement parcel being described as;

Commencing at the southeasterly corner of said Arrowhead Shores Condominium; thence along the easterly condominium line, being also the east line of said Section 2, North 01° 02' 54" East 425.16 feet to a point on the easterly line of said Arrowhead Shores Condominium; thence North 69° 12' 30" West 396.73 feet; thence North 76° 43' 26" West 5.56 feet; thence North 01° 16' 34" East 22.88 feet; thence North 76° 43' 26" West 95.01 feet; thence South 13° 16' 34" West 20.00 feet; thence North 76° 43' 26" West 114.16' feet to the **Point of Beginning** of this description; thence North 76° 43' 26" West 72.66 feet; thence North 89° 37' 10" West 34.21 feet; thence North 03° 19' 26" East 56.60 feet; thence South 83° 08' 53" East 115.50 feet; thence South 12° 18' 48" West 61.05 feet to the **Point of Beginning.**

Grading Easement description is based on dimensions recorded on page number 3 of Replat No.1 of Emmet County Condominium Subdivision Plan No. 82, in Liber 0455 at page 373 of Emmet County records.

Subject to easements of record, if any.

Description prepared by

James E. Evans
Professional Surveyor #22431

Advanced Geomatics
217 Bridge Street
Charlevoix, Mich. 49720

L-1067 P-660
07/13/2005 04:35P
Page: 9 of 9
Emmet County, Michigan   E.   38.00   5019734

C:\WPDOCS\Grading Easement Description 2.doc