UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

GUSTAV LO & COURTNEY LO

     Plaintiffs,

v.

CITY OF PETOSKEY

     Defendant.

Case No. 1:25-cv-1027

Hon. Jane M. Beckering

---

Jeffrey A. Turner (P85291)
MILLER JOHNSON
*Attorneys for Plaintiffs*
500 Woodward Ave., Suite 3600
Detroit, MI 48226
(313) 672-6950
turnerj@millerjohnson.com

Michael D. Homier (P60318)
Laura J. Genovich (P72278)
FOSTER, SWIFT, COLLINS & SMITH, PC
*Attorneys for Defendant*
1700 E. Beltline Ave. NE, Suite 200
Grand Rapids, MI 49525
(616) 726-2200
mhomier@fosterswift.com
lgenovich@fosterswift.com

---

## STIPULATION AND ORDER TO EXTEND REMAINING DEADLINES BY 90 DAYS

Defendant City of Petoskey ("Defendant") and Plaintiffs Gustav Lo and Courtney Lo ("Plaintiffs"), by and through their respective attorneys, jointly move this Court to extend the remaining deadlines set forth in the Court's November 13, 2025 Case Management Order by 90 days, and specifically the Meditation date that is currently scheduled for April 14, 2026 with Lee Silver.   In support thereof, the parties state that they are actively involved in meaningful settlement discussions, and the extension of deadlines is necessary to allow the Defendant's City Council to consider a possible resolution of this matter.

| GUSTAV LO & COURTNEY LO | CITY OF PETOSKEY |
|---|---|
| /s/ Jeffrey A. Turner (w/email permission)<br>Jeffrey A. Turner (P85291)<br>MILLER JOHNSON<br>*Attorneys for Plaintiffs*<br>500 Woodward Ave., Suite 3600<br>Detroit, MI 48226<br>(313) 672-6950<br>turnerj@millerjohnson.com<br><br><br>Dated: March 18, 2026 | /s/ Laura J. Genovich<br>Michael D. Homier (P60318)<br>Laura J. Genovich (P72278)<br>FOSTER, SWIFT, COLLINS & SMITH, PC<br>*Attorneys for Defendant*<br>1700 E. Beltline Ave. NE, Suite 200<br>Grand Rapids, MI 49525<br>(616) 726-2200<br>mhomier@fosterswift.com<br>lgenovich@fosterswift.com<br><br>Dated: March 18, 2026 |

**ORDER**

Upon consideration of the parties' Stipulation to Extend Remaining Deadlines by 90 Days, the Court finds that good cause exists under Fed. R. Civ. P. Rule 6(b)(1)(2) for an extension of time and hereby orders that all remaining deadlines listed in the Court's November 13, 2025 Case Management Order be extended by 90 days. The Mediation currently scheduled for April 14, 2026 with Lee Silver is hereby adjourned.

Entered: _____

_____
Hon. Jane M. Beckering
U.S. District Court Judge