UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUSTAV LO, et al.,

       Plaintiffs,

v.

PETOSKEY, CITY OF,

       Defendant.

_____/

Case No. 1:25–cv–01027–JMB–MV

Hon. Jane M. Beckering

## ORDER

      This matter is before the Court on the parties' Stipulation to Extend Case Management Order Deadlines by 90 Days (ECF No. 17), seeking to extend the remaining deadlines, including the April 14 scheduled mediation. Requests for extending time in civil cases may be granted upon good cause shown. FED. R. CIV. P. 6(b)(1). In addition, a scheduling order "may be modified only for good cause and with the judge's consent." FED. R. CIV. P. 16(b)(4). The Court finds that the parties have failed to show good cause for granting the extension. For this reason, the stipulation is denied. Accordingly: IT IS HEREBY ORDERED that the Stipulation to Modify Amended Case Management Order (ECF No. 17) is DENIED.

      IT IS SO ORDERED.

Dated:  March 19, 2026

     /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge