UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

GUSTAV LO & COURTNEY LO

    Plaintiffs,

v.

CITY OF PETOSKEY

    Defendant.

Case No. 1:25-cv-1027

Hon. Jane M. Beckering

---

Jeffrey A. Turner (P85291)
MILLER JOHNSON
*Attorneys for Plaintiffs*
500 Woodward Ave., Suite 3600
Detroit, MI 48226
(313) 672-6950
turnerj@millerjohnson.com

Michael D. Homier (P60318)
Laura J. Genovich (P72278)
FOSTER, SWIFT, COLLINS & SMITH, PC
*Attorneys for Defendant*
1700 E. Beltline Ave. NE, Suite 200
Grand Rapids, MI 49525
(616) 726-2200
mhomier@fosterswift.com
lgenovich@fosterswift.com

---

## STIPULATION AND ORDER TO EXTEND REMAINING DEADLINES BY 90 DAYS

Defendant City of Petoskey ("Defendant") and Plaintiffs Gustav Lo and Courtney Lo ("Plaintiffs"), by and through their respective attorneys, jointly move this Court to extend the remaining deadlines set forth in the Court's November 13, 2025 Case Management Order by 90 days, and specifically the Meditation date that is currently scheduled for April 14, 2026 with Lee Silver.   In support thereof, the parties state as follows:

1.    This litigation centers on whether Defendant City of Petoskey breached its easement agreements with Plaintiffs by failing to maintain and repair a non-motorized trail and to take reasonable erosion-control measures.

2.    Under Fed. R. Civ. P. 16(b)(4), a court can amend a scheduling order for good cause. Courts find good cause if the parties acted diligently to meet the scheduling order deadlines. *See, e.g.*, *Woods v. Cornwell*, No. 4:18-cv-47, 2019 WL 1460260, at *2 (W.D. Ky. Apr. 2, 2019).

3.    Here, there is good cause to amend the scheduling order deadlines because the parties have been acting diligently to engage in discovery and, more recently, resolve this case.

4.    After trading initial document discovery, Plaintiffs and Defendant began discussing a specific resolution of this matter. The settlement discussions proceeded quickly and counsel for Plaintiffs and Defendant have prepared a written settlement agreement.

5.    Because Defendant is a public body, its City Council must approve any settlement agreement during a public meeting pursuant to the Michigan Open Meetings Act.

6.    The City Council first discussed the proposed settlement agreement at a Council meeting on March 2, 2026.

7.    Following that meeting and based on feedback from the City and members of the public, counsel for Plaintiffs and Defendant are revising the settlement agreement to include additional terms.

8.    The City Council is scheduled to consider the revised settlement agreement at its April 20, 2026 public meeting.

9.    As of now, the parties have mediation with Lee Silver scheduled for April 14, 2026.

10.    Given the considerable progress the parties have made on the settlement agreement, engaging in formal mediation at this stage is not necessary and would not be an efficient use of the parties' resources.

11.     Additionally, given the status of the settlement discussions, the parties seek to focus their attention and resources on finalizing the settlement agreement, rather than meeting mediation deadlines and other litigation deadlines.

12.     The parties respectfully request that this Court grant the request to adjourn scheduling order deadlines by 90 days.

| GUSTAV LO & COURTNEY LO | CITY OF PETOSKEY |
|---|---|
| /s/ Jeffrey A. Turner (w/email permission) | /s/ Laura J. Genovich |
| Jeffrey A. Turner (P85291) | Michael D. Homier (P60318) |
| MILLER JOHNSON | Laura J. Genovich (P72278) |
| *Attorneys for Plaintiffs* | FOSTER, SWIFT, COLLINS & SMITH, PC |
| 500 Woodward Ave., Suite 3600 | *Attorneys for Defendant* |
| Detroit, MI 48226 | 1700 E. Beltline Ave. NE, Suite 200 |
| (313) 672-6950 | Grand Rapids, MI 49525 |
| turnerj@millerjohnson.com | (616) 726-2200 |
| | mhomier@fosterswift.com |
| | lgenovich@fosterswift.com |
| Dated: March 20, 2026 | Dated: March 20, 2026 |

## **ORDER**

Upon consideration of the parties' Stipulation to Extend Remaining Deadlines by 90 Days, the Court finds that good cause exists under Fed. R. Civ. P. Rule 6(b)(1)(a) for an extension of time and hereby orders that all remaining deadlines listed in the Court's November 13, 2025 Case Management Order be extended by 90 days. The Mediation currently scheduled for April 14, 2026 with Lee Silver is hereby adjourned.


Entered: _____                     _____
                                             Hon. Jane M. Beckering
                                             U.S. District Court Judge