UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GUSTAV LO and COURTNEY LO,

     Plaintiffs,

                                  Case No. 1:25-cv-1027

v.

                                  HON. JANE M. BECKERING

CITY OF PETOSKEY,

     Defendant.

_____/

## **ORDER**

This matter is before the Court on the parties' Stipulation to Extend Remaining Deadlines by 90 Days (ECF No. 19).  The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the Stipulation to Extend Remaining Deadlines by 90 Days (ECF No. 19) is GRANTED as follows:

| Disclose Name, Address, Area of Expertise and provide a short summary of expected testimony of all testifying experts (Rule 26(a)(2)(A)) | Plaintiffs: JULY 23, 2026 <br> Defendant: AUGUST 20, 2026 |
| --- | --- |
| Disclosure of Expert Witness Reports (Rule 26(a)(2)(B)) | Plaintiff: JULY 23, 2026 <br> Defendants: AUGUST 20, 2026 <br> Rebuttal: SEPTEMBER 21, 2026 |
| Completion of Discovery | OCTOBER 5, 2026 |
| Dispositive Motions | OCTOBER 29, 2026 |
| ADR To Take Place On Or Before: | JULY 29, 2026 |

Dated: March 20, 2026

                                   /s/ Jane M. Beckering
                                   JANE M. BECKERING
                                   United States District Judge